**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alphonso HARPER, a/k/a AJ,
Defendant–Appellant.**

**No. 15–8012.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 2, 2016.

Alphonso Harper, Appellant Pro Se. Gary L. Call, Jennifer Rada Herrald, Samuel D. Marsh, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM.

Alphonso Harper appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harper,* No. 2:09–cr–00179–1 (S.D.W.Va. Dec. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*